

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                  DISTRICT OF NEVADA

8    UNITED STATES OF AMERICA,                    )
                                                  )
9                          Plaintiff,             )
                                                  )
10            v.                                  )    2:13-CR-305-KJD-(GWF)
                                                  )
11   DEVON NASH,                                  )
                                                  )
12                         Defendant.             )
                                                  )
13

14                          PRELIMINARY ORDER OF FORFEITURE

15          This Court finds that on January 21, 2014, defendant DEVON NASH pled guilty to a One-

16   Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title

17   18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea Minutes,

18   ECF No. 2_6; Plea Agreement, ECF No. 2_4.

19          This Court finds defendant DEVON NASH agreed to the forfeiture of the property set forth in

20   the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment,

21   ECF No. 1; Change of Plea Minutes, ECF No. 2_6; Plea Agreement, ECF No. 2_4.

22          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

23   has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

24   Allegation of the Criminal Indictment and the offense to which defendant DEVON NASH pled guilty.

25   . . .

26   . . .

1    The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  924(d)(1) and Title 28, United States Code, Section 2461(c):

3           1. a Ruger 9 millimeter handgun bearing serial number 303-51049; and

4           2. any and all ammunition

5  (all of which constitutes "property").

6    This Court finds the United States of America is now entitled to, and should, reduce the
7  aforementioned property to the possession of the United States of America.

8    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
9  United States of America should seize the aforementioned property.

10    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
11  DEVON NASH in the aforementioned property is forfeited and is vested in the United States of
12  America and shall be safely held by the United States of America until further order of the Court.

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
14  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
15  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
16  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
17  name and contact information for the government attorney to be served with the petition, pursuant to
18  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

19    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
20  who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
21  the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
22  petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
23  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
24  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
25  petition and the relief sought.

26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 21st day of JANUARY, 2014.

_____
UNITED STATES DISTRICT JUDGE